### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BENJAMIN TILLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action No.: |
| v. ) | 4:19-cv-00534-GKF-JFJ |
| ) | |
| EQUIFAX INFORMATION SERVICES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## STATUS REPORT

On January 8, 2021, Trans Union provided Plaintiff with 17 supplemental interrogatory answers, 13 supplemental responses to Request for Production, 28 additional pages of documents and Trans Union's Third Supplemental Initial Disclosures.

Plaintiff needs additional time to review the supplemental discovery responses and will be able to file a Notice informing the Court of which specific interrogatories and/or document requests, by number, remain at issue and require rulings by the Court by January 21, 2021.

Respectfully submitted,

/s/ Victor R. Wandres
Victor R. Wandres, OBA #19591



1202 E. 33rd Street
Tulsa, OK 74105
(918) 200-9272 voice
(918) 895-9774 fax
victor@paramount-law.net

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2021, I caused a copy of the foregoing document to be filed with the Court's CM/ECF system, causing electronic the foregoing document to be delivered to all counsel of record in this matter.

/s/ Victor R. Wandres

`

2