IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA
TULSA DIVISION

| | |
|---|---|
| BENJAMIN TILLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| EQUIFAX INFORMATION SERVICES, INC., TRANS UNION, LLC, ELDORADO MOTORS, LLC, PROFESSIONAL SOLUTIONS GROUP, LLC, and RICK JOE BECK, | ) ) ) ) ) ) ) |
| Defendants. | ) |

Action No. 4:19-CV-00534-GKF-JFJ

**TRANS UNION'S NOTICE OF SETTLEMENT**

TO THE HONORABLE JUDGE GREGORY K. FRIZZELL:

Trans Union respectfully notifies the Court that Plaintiff and Defendant Trans Union LLC have settled all claims between them in this matter. Each party will bear its own attorneys' fees and court costs. Trans Union and Plaintiff will present dismissal documents to the Court as soon as possible. The Court should retain jurisdiction over any matters related to completing and/or enforcing the settlement.

Respectfully submitted,

*/s/ Paul L. Myers*
**JASON GOODNIGHT, OBA #19106**
jgoonight@tulsalawyer.com
**FRANDEN, FARRIS, QUILLIN, GOODNIGHT & ROBERTS**
Two West 2nd Street, Suite 900
Tulsa, OK 74103-4514
(918) 583-7129
(918) 584-3814 Fax
and
**PAUL L. MYERS**
pmyers@qslwm.com
**JUSTIN K. SAULS**
jsauls@qlswm.com
Admitted Pro Hac Vice

1

4037797.1

>**QUILLING, SELANDER, LOWNDS,
>WINSLETT & MOSER, P.C**.
>6900 N. Dallas Parkway, Suite 800
>Plano, TX 75024
>(214) 560-5452
>(214) 871-2111 Fax
>***Counsel for Trans Union LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of normally record:

Victor R. Wandres
victor@paramount-law.net
Paramount Law
1202 E. 33rd Street
Tulsa, OK 74105
(918) 200-9272
(918) 895-9774 Fax
***Counsel for Plaintiff***

>*/s/ Paul L. Myers*
>**PAUL L. MYERS**

2

4037797.1